UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                     No.  20-CR-126-LTS

ULYSE LUGO,

        Defendant.

-------------------------------------------------------x

## Order

The Court has received two ex parte letters, dated December 29, 2020, and February 22, 2021, from counsel for Defendant Ulyse Lugo.  The letters, which reference sensitive attorney-client communications, will be filed under seal.  Defense counsel is directed to advise the Court if Court intervention is required.

    SO ORDERED.

Dated: New York, New York
       February 24, 2021

                                                      _/s/ Laura Taylor Swain_____
                                                      LAURA TAYLOR SWAIN
                                                      United States District Judge