UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                               No.  20-CR-126-LTS

ULYSE LUGO,

       Defendant.

-------------------------------------------------------x

## Order

The Court has received a letter dated July 15, 2021, from Defendant Ulyse Lugo, requesting a change of counsel.  The letter, which references sensitive attorney-client communications, will be filed under seal, and a copy has been provided to Mr. Lugo's current counsel, Michael H. Sporn, Esq.

A conference to address Mr. Lugo's request for a change in counsel is scheduled for **August 10, 2021, at 11:00 a.m.**  Mr. Sporn is requested to ascertain whether Mr. Lugo wishes to appear for that conference in person or remotely, and to inform the Court of Mr. Lugo's wishes by **July 28, 2021**.  Mr. Sporn is further directed to promptly provide a copy of this Order to Mr. Lugo.

      SO ORDERED.

Dated: New York, New York
       July 23, 2021

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge