UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

     -v-                                                    No. 20CR126-LTS

ULYSE LUGO (3),

                Defendant.

-------------------------------------------------------------X

**ORDER**

     Messrs. Michael H. Sporn, Esq. and Stephen Turano, Esq., are relieved as CJA counsel for the defendant. Michael Tremonte, Esq., is now appointed as CJA counsel for the defendant in the above-captioned matter.

     SO ORDERED.

Dated: New York, New York
          August 10, 2021

                                                  /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                United States District Judge