UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                            :
UNITED STATES OF AMERICA,                         :

          -v-                                         :         20-CR-126 (LTS)

ULYSE LUGO, MALIK HOLLOWAY, JORGE   :
GUTIERREZ, ADELMIR OLIVA, and MARKEL   :
SMALLS,                                               :
                    Defendants.               X

-------------------------------------------------------------------

ORDER

        The Court has requested that a pretrial conference take place via teleconference on **October 14, 2021, at 12:00 p.m**. No conference date, time or modality can be confirmed before the end of the preceding week, so counsel are requested to keep their calendars open as open as possible between the hours of **9 a.m. and 1 p.m. on October 14, 2021**, until further notice.

        The Court has also requested that defense counsel be given an opportunity to speak with their respective clients by telephone for fifteen minutes before the proceeding begins; defense counsel should make sure to answer the telephone number that was previously provided to Chambers at that time. In advance of the conference, Chambers will provide the parties with further information on how to access the conference.

        SO ORDERED.

Dated:  New York, New York
           October 1, 2021

                                                               /s/ Laura Taylor Swain
                                                               LAURA TAYLOR SWAIN
                                                               Chief United States District Judge