**SHER TREMONTE** LLP

September 30, 2021

**BY ECF**

The Honorable Chief Judge Laura Swain  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Ulyse Lugo*, 20 Cr. 126 (LTS)

Dear Chief Judge Swain:

    I write on behalf of our client, Ulyse Lugo, to request an adjournment of the status conference scheduled as to Mr. Lugo for October 4, 2021, to the previously-scheduled conference on October 14, 2021 at noon.

Application granted.  The conference currently scheduled as to Mr. Lugo for October 4, 2021, at noon, is adjourned to October 14, 2021, at noon.  The Court finds pursuant to 18 U.S.C. § 3161(h)(6) and (h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through to October 14, 2021, outweigh the best interests of the public and the defendant in a speedy trial to afford time for further discussions and advice, and in order to accommodate a joint conference in this multi-defendant case.

SO ORDERED.  
Dated: October 1, 2021  
/s/ Laura Taylor Swain, Chief U.S.D.J.

Respectfully Submitted,

/s/ _____  
Michael Tremonte

cc:   All counsel (via ECF)