UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
       :
UNITED STATES OF AMERICA,       :
       :
   -v-       :   20-CR-126 (LTS)
       :
ULYSE LUGO and MALIK HOLLOWAY,       :
       :
   Defendants.       :
       :
-------------------------------------------------------------------X

ORDER

       The Court has requested that a pretrial conference take place via teleconference on **January 13, 2022, at 9:00 a.m**.  No conference date, time or modality can be confirmed before the end of the preceding week, so counsel are requested to keep their calendars open as open as possible between the hours of **9 a.m. and 1 p.m. on January 13, 2022**, until further notice.

       The Court has also requested that defense counsel be given an opportunity to speak with their respective clients by telephone for fifteen minutes before the proceeding begins; defense counsel should make sure to answer the telephone number that was previously provided to Chambers at that time.  In advance of the conference, Chambers will provide the parties with further information on how to access the conference.

       SO ORDERED.

Dated:  New York, New York
       December 22, 2021

                                                        /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                        Chief United States District Judge