**SHER TREMONTE LLP**

December 29, 2021

**BY ECF**

The Honorable Chief Judge Laura Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Ulyse Lugo*, 20 Cr. 126 (LTS)

Dear Chief Judge Swain:

I write on behalf of our client, Ulyse Lugo, to request an adjournment of the due date for pretrial motions, which as to Mr. Lugo are currently due on January 6, 2022. As the discovery is voluminous, we request a sixty-day adjournment of the deadline to ensure that we have adequate time to determine whether or not a basis exists for any pretrial motions. The government consents to this request.

Respectfully Submitted,

/s/
Michael Tremonte

cc:   All counsel (via ECF)

Application granted to the extent that the motion deadline for defendant Lugo is extended from January 6, 2022, to March 7, 2022. DE#255 resolved.
SO ORDERED.
Dated: December 29, 2021.
/s/ Laura Taylor Swain, Chief U.S.D.J.