UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                          :
:
    -v-                                            :  20-CR-126 (LTS)
:
ULYSE LUGO, MALIK HOLLOWAY, JORGE                                  :
GUTIERREZ, ADELMIR OLIVA, and MARKEL                               :
SMALLS,                                                            :
:
    Defendants.                                    X

-------------------------------------------------------------------

## ORDER

The pretrial conference currently scheduled for June 6, 2022, at 9:00 a.m., is hereby rescheduled to occur on **June 6, 2022, at 9:30 a.m.**, in Courtroom 17C. The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

    SO ORDERED.

Dated: New York, New York
       June 22, 2022

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge