UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                          :
:
     -v-                                                          :  20-CR-126 (LTS)
:
ULYSE LUGO, MALIK HOLLOWAY, JORGE                                  :
GUTIERREZ, ADELMIR OLIVA, and MARKEL                               :
SMALLS,                                                            :
:
                     Defendants.                             X
-------------------------------------------------------------------

### AMENDED ORDER

The pretrial conference currently scheduled for July 6, 2022, at 9:00 a.m., is hereby rescheduled to occur on **July 6, 2022, at 9:30 a.m.**, in Courtroom 17C.  The parties' attention is directed to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

    SO ORDERED.

Dated:  New York, New York
          June 22, 2022

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      Chief United States District Judge