UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-126 (SHS) |
| -v- | : | <u>ORDER</u> |
| ULYSE LUGO, MALIK HOLLOWAY, JORGE GUTIERREZ, ADELMIR OLIVA, and MARKEL SMALLS, | : : | |
| Defendants. | : | |

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The above defendants having been reassigned to this Court,

    IT IS HEREBY ORDERED that the pretrial conference scheduled by Judge Swain for September 14 will take place at 2:30 p.m. in Courtroom 23A.

Dated: New York, New York
        September 8, 2022

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.