UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x

UNITED STATES OF AMERICA,    :    20-Cr-126 (SHS)

    -v-    :    <u>ORDER</u>

ULYSE LUGO, MALIK HOLLOWAY,    :
JORGE GUTIERREZ, ADELMIR OLIVA,
and MARKEL SMALLS,    :

    Defendants.    :

------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Oral argument having been held today on defendant Oliva's and Holloway's motions,

    IT IS HEREBY ORDERED that:

    1.    For the reasons as set forth on the record, Oliva's motion [Doc. No. 324], and Holloway's motion [Doc. No. 263] are denied; and

    2.    There will be a status conference on November 15, 2022, at 10:00 a.m.

Dated: New York, New York
       October 3, 2022

                                        SO ORDERED:

                                        Sidney H. Stein, U.S.D.J.