UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,          :          20-Cr-126 (SHS)

       -v-                              :          ORDER

ULYSE LUGO,                        :

            Defendants.            :

--------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a conference on December 9, 2022, at 9:00 a.m., in Courtroom 23A.

Dated: New York, New York
      November 29, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.