**SHER TREMONTE LLP**

June 29, 2023

**BY ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

      Re:    *United States v. Ulyse Lugo*
               Case No. 20 Cr. 126 (SHS)

Dear Judge Stein:

      Following up on the letter that we filed earlier today (ECF No. 422), we have now heard from the government regarding our request for a two-day adjournment of our deadline to file Mr. Lugo's sentencing submission. The government has no objection to our request and requests that its deadline and the sentencing hearing both be adjourned by two days, until Monday, July 10, and Monday, July 24, respectively. We have no objection to the government's request for an adjournment of its deadline to Monday, July 10, and we take no position on its request to adjourn the sentencing hearing.

                                    Respectfully submitted,

                                    /s/ *Michael Tremonte*
                                  Michael Tremonte
                                  Katie Renzler

                                *Attorneys for Ulyse Lugo*

cc:   All counsel (via ECF)

**The defendant's submission is due by July 3, 2023, the government's submission is due by July 10. The sentencing date remains at July 20, 2023, at 2:30 p.m.**

**Dated: New York, New York
June 30, 2023**

SO ORDERED

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel. 212.202.2600 | fax. 212.202.4156